Jordan T. Smith, Esq., Bar No. 4027
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Lauri A. Mazzuchetti, Esq. (*pro hac vice to be submitted*)
LMazzuchetti@KelleyDrye.com
Whitney M. Smith, Esq. (*pro hac vice to be submitted*)
WSmith@KelleyDrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054

*Attorneys for Defendant* Green Dot Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAY GELIZON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00335-RFB-BNW<br><br>**CLASS ACTION** |

### JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jay Gelizon, individually and on behalf of all others similarly situated ("Plaintiff") and Green Dot Corporation ("Green Dot"), subject to the approval of the Court, that the time for Green Dot to answer, move, or otherwise respond to Plaintiff's Complaint is extended from March 24, 2021 up to and including April 23, 2021.

1

The requested extension is less than 30 days and will allow Green Dot additional time to investigate the allegations in the Complaint. This is the first request to extend the deadline to respond to the Complaint.

| | |
|---|---|
| Submitted this 17th day of March, 2021 | Submitted this 17th day of March, 2021 |
| KIND LAW | PISANELLI BICE PLLC |
| By: */s/ Michael Kind*<br>Michael Kind, Esq., #13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 | By: */s/ Jordan T. Smith*<br>Jordan T. Smith, Esq., #12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| and | |
| George Haines, Esq., #9411<br>Gerardo Avalos, Esq., #15171<br>FREEDOM LAW FIRM<br>8985 S. Eastern Avenue., Suite 350<br>Las Vegas, Nevada 89123 | KELLEY DRYE & WARREN LLP<br><br>By: */s/ Lauri A. Mazzuchetti*<br>Lauri A. Mazzuchetti, Esq.<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054 |
| *Attorneys for Plaintiff Jay Gelizon* | *Attorneys for Defendant Green Dot Corporation* |

## ORDER

**IT IS SO ORDERED**

**DATED:** 6:39 pm, March 22, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**