1  Jordan T. Smith, Esq., Bar No. 4027
   JTS@pisanellibice.com
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
4  Facsimile:  702.214.2101

5  Lauri A. Mazzuchetti, Esq. (*pro hac vice to be submitted*)
   LMazzuchetti@KelleyDrye.com
6  Whitney M. Smith, Esq. (*pro hac vice to be submitted*)
   WSmith@KelleyDrye.com
7  KELLEY DRYE & WARREN LLP
   One Jefferson Road, Second Floor
8  Parsippany, NJ 07054

9  *Attorneys for Defendant* Green Dot Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAY GELIZON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION,<br><br>Defendant. | CASE NO.: 2:21-cv-00335-RFB-BNW<br><br>**CLASS ACTION** |

## JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

## SECOND REQUEST

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jay Gelizon, individually and on behalf of all others similarly situated ("Plaintiff") and Green Dot Corporation ("Defendant"), subject to the approval of the Court, that the time for Green Dot to answer, move, or otherwise respond to Plaintiff's Complaint is extended from the current April 23, 2021 deadline to May 10, 2021 in light of the Supreme Court's recent decision in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021), issued on April 1, 2021.

1

1. Plaintiff filed the Complaint on February 26, 2021. (ECF No. 1.)

2. Defendant's original deadline to respond to the Complaint was March 24, 2021. However, the parties stipulated to an extension of time to April 23, 2021 to allow Defendant additional time to investigate the Complaint's allegations. (ECF No. 6.)

3. In the meantime, the Supreme Court issued its decision in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021), which addresses provisions of the Telephone Consumer Protection Act upon which Plaintiff relies as the basis of his claim in this action.

4. Accordingly, the parties stipulate and agree that Defendant shall have up to and including May 10, 2021 to answer, move, or otherwise respond to the Complaint.

5. This is the second extension of this deadline. The parties have entered this stipulation in good faith and it is not meant for purposes of delay.

| | |
|---|---|
| Submitted this 14th day of April, 2021 | Submitted this 14th day of April, 2021 |
| KIND LAW | PISANELLI BICE PLLC |
| By: /s/ Michael Kind<br>Michael Kind, Esq., #13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 | By: /s/ Jordan T. Smith<br>Jordan T. Smith, Esq., #12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| and | KELLEY DRYE & WARREN LLP |
| George Haines, Esq., #9411<br>Gerardo Avalos, Esq., #15171<br>FREEDOM LAW FIRM<br>8985 S. Eastern Avenue., Suite 350<br>Las Vegas, Nevada 89123 | By: /s/ Lauri A. Mazzuchetti<br>Lauri A. Mazzuchetti, Esq.<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054 |
| *Attorneys for Plaintiff Jay Gelizon* | *Attorneys for Defendant Green Dot Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 20, 2021

CASE NO.: 2:21-cv-00335-RFB-BNW

2