George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Jay Gelizon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jay Gelizon,<br><br>  Plaintiff,<br>v.<br><br>Green Dot Corporation,<br><br>  Defendant. | Case No.: 2:21-cv-00335-RFB-BNW<br><br>**Notice of settlement between Plaintiff and Green Dot** |

The dispute between Jay Gelizon ("Plaintiff") and Green Dot ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: May 5, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jay Gelizon*

---

NOTICE               - 1 -